**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :
                                    :           CASE NO.: 7:25-CR-32 (WLS-ALS)
CALEB WALLACE,                      :
                                    :
        Defendant.                  :
_____     :

## <u>ORDER</u>

Before the Court is the Defendant's Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 24), filed on February 11, 2026. Therein, Defendant requests a continuance of the pretrial conference in this matter currently scheduled for February 18, 2026, as well as a continuance of the trial in this matter from the specially set March 2026 trial term to the September trial term. (*Id.*) Defendant states that he was arraigned on January 23, 2026, and that the pretrial conference in this matter was noticed shortly thereafter on February 2, 2026. (*Id.*) Defendant further states that discovery was received on February 5, 2026, and that his counsel has not yet had an opportunity to review it with him. (*Id.* at 2). Thus, Defendant contends that the requested continuance is warranted because the defense will need additional time to review discovery. (*Id.*) Defendant notes that the Government does not oppose his Motion and that the interests of justice served by granting the requested continuance outweigh the best interests of the public and Mr. Wallace in a speedy trial. (*Id.*)

Based on Defendant's stated reasons, the Court finds that a continuance is necessary for Defendant's counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)–(B). Therefore, Defendant's Motion (Doc. 24) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED**

to the Valdosta Division August 2026 term[1] and its conclusion, or as may be otherwise ordered by the Court. Accordingly, the February 18, 2026 pretrial conference is **CANCELLED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 12th day of February 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Defendant's Motion requests a continuance to the next available trial term, as well as a request to the "September term of Court." (Doc. 24 at 1). The Court, however, does not calendar a trial term for the Valdosta division in September. The Court, therefore, construes the Motion as a request to continue the trial in this matter to the Court's Valdosta Division August 2026 trial term. If Defendant disagrees with the Court's interpretation and conclusion, he shall immediately file an objection, in writing, stating as much.